[No. 3868.]

LAYDEN v. JACKSON.

OPINION FOLLOWED.
Reversed upon the opinion in the case of *Rhode v. Steinmetz, ante,* p. 308.

*Appeal from the County Court of El Paso County.*

Messrs. RIDDELL & STARKWEATHER and Mr. ALBERT S. FROST, for appellant.

Messrs. FELKER & DAYTON, for appellee.

MR. JUSTICE GABBERT delivered the opinion of the court.

By stipulation this cause was submitted upon the same record and briefs filed in *Rhode v. Steinmetz, ante,* p. 308. The material facts in this case, and the questions presented, are identical with those considered and determined in the opinion filed in that case; and for the reasons therein expressed the judgment of the county court is reversed, and the cause remanded, with directions to render judgment that appellant was duly elected, and is entitled to the possession and control of the office, upon qualifying as by law required. Judgment is also directed that appellant recover his costs to be taxed, as in other cases.

*Reversed.*

CAMPBELL, C. J., dissenting.

As will be seen from the foregoing statement of Mr. Justice Gabbert, substantially the same questions are involved in this case as in that of *Rhode v. Steinmetz.* The reasons for my dissent in the latter case apply to the case at bar, and as they are fully set forth in my dissenting opinion in that cause, they will not now be repeated.